# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED |
| | **SUPERSEDING INDICTMENT** |
| v. | |
| | CASE NO. 3:12cr76-LAC |
| JAY ODOM | |
| _____/ | |

## MOTION REQUESTING AN ORDER
## SEALING THE SUPERSEDING INDICTMENT

The United States of America requests this Court to issue an Order sealing the superseding indictment returned by the grand jury in this case, and in support of this motion states as follows:

1.    The defendant has not been arrested as a result of the activities alleged in the indictment. The current whereabouts of the defendant is unknown and the public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendant to answer the charges.

2.    The United States further moves the Court that the indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the defendant before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

RANDALL J. HENSEL
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 301604
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 15th day of January, 2013.

UNITED STATES MAGISTRATE JUDGE