## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED **SUPERSEDING INDICTMENT** |
| v. | CASE NO. 3:12cr76-LAC |
| JAY ODOM | |

### ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the defendant,

### JAY ODOM

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such indictment against the defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 15th day of January, 2013, at Pensacola, Florida.

_____
UNITED STATES MAGISTRATE JUDGE

Filed 01 15 '13 USDC FLN 3PM 0521