IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                  Case No. 3:12cr76/LAC

JAY ODOM

## INITIAL APPEARANCE

The defendant appeared before the undersigned with ✓ without ____ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1. Advised that he/she is before a U.S. Magistrate Judge ✓

2. Advised of the charge or charges ✓

3. Advised that he/she does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement made could be used against defendant; that defendant will not be called upon to enter a plea at this hearing ✓

4. Advised of right to hire counsel, or have counsel appointed if found to be financially unable to hire counsel ✓

5. Defendant waived attendance of counsel for this hearing and advised waiver does not prevent requesting counsel for trial ____

6. Defendant executed CJA 23 ____

7. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ____

Rec'd 01 22 13 USDcFln 3PM 0242

8. Advised that defendant should obtain and file CJA 23 if subsequently decides to request appointment of counsel ✓

9. Defendant admitted financial ability to employ counsel Counsel   J. Judkins ✓

10. Defendant found to be able to make full or partial payment for appointed counsel ✓

11. Federal public defender appointed solely for the purpose of appearing at arraignment ____

12. Defendant to report to the U.S. Magistrate Judge in ____ days as to formal and final retention of private counsel ____

13. Since before the court on an indictment, the defendant was advised no right to preliminary hearing ✓

14. Fix date and time for arraignment: ✓ immediately following i.a.

15. Defendant advised of right to reasonable bail ✓

16. Order Setting Conditions of Release entered ✓

17. Government moved for detention without bail ____

   (a) Government represented ready for detention hearing immediately ____

   (b) Government requested continuance of ____ days (up to and including 3 days) ____

   (c) Defendant advised of right of continuance for up to and including 5 days ____

   (d) Detention hearing scheduled for ____ and Temporary Detention Order entered ____

   (e) Detention hearing conducted ____

      1) Order of detention entered ____

      2) Order Setting Conditions of Release entered ____

(f)     Defendant currently under order of incarceration negating necessity of consideration of detention on this charge(s) at this time

_____
ELIZABETH M. TIMOTHY
**UNITED STATES MAGISTRATE JUDGE**

JUDGES NOTES: _____

AUSA present at initial appearance: R. Hensel, B. Kidd

Private Counsel / ~~AFPD~~ present at initial appearance: J. Judkins, L. Simpson

DATE: January 22, 2013