United States District Court
CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced:  11:15 am                    Case #  3:12cr76/LAC
Time Concluded:  11:17am                     Date    1/22/13

DOCKET ENTRY: **ARRAIGNMENT** -

PRESENT:   HONORABLE  Elizabeth Timothy  , U. S. MAGISTRATE JUDGE
  Irma McCain-Coby          Johnson              CD                  Hensel
  Deputy Clerk              U.S.P.O.        Court Reporter      Asst. U.S. Attorney

U.S.A. vs.  JAY ODOM
  **x**  present   ___ custody   ___ bond   x  O/R   _____ DOB
          Judkins              ___ Apptd.   x  Retained    x    present
          Attorney for Defendant

PROCEEDINGS:

  _____  Defendant waives reading of Indictment-Information.
  __X__   Indictment-Information read.

PLEA:

  __X__          Not Guilty Count(s)  ALL
  _____         Guilty Count(s) _____

TRIAL DATE:   March 4, 2013 @ 9:00 AM