UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

SEALED CASE NO. 3:12cr76LAC

JAY ODOM

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAY ODOM__
                                      Name
and bring him or her forthwith to the nearest magistrate to answer a

### SUPERSEDING Indictment

charging him or her with:

COUNT ONE: MAKING POLITICAL CONTRIBUTIONS IN NAME OF ANOTHER; AIDING AND ABETTING in violation of Title 2, United States Code, Sections 441f and 437(g)(d)(1)(D); and Title 18, United States Code, Section 2

COURT TWO: MADE MATERIALLY FALSE, FICTITIOUS, AND FRAUDULENT STATEMENT AND REPRESENTATION; AIDING AND ABETTING in violation of Title 18, United States Code, Sections 1001(a)(2) and 2ection 2

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | January 16, 2013   Pensacola |
| Deputy Clerk: Mary Maloy | Date and Location |
| Bail fixed at $ Bail Reform Act and/or in accordance with Comprehensive Crime Control Act of 1984. | by Elizabeth M. Timothy<br>Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED<br>1 17 13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>1 22 13 | FBI SA Jamie Van Pelt | by Donna Cato |

Filed 0124'13 USDC FLN 3PM 0433

Inv Ros Spec
US Marshals Sw
1 24 13