IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JAY ODOM

CASE NO: 3:12cr76/LAC

## UNOPPOSED MOTION FOR A PROTECTIVE ORDER

The United States, with the consent of the defendant, Jay Odom, moves this Court, pursuant to Federal Rule of Criminal Procedure 16(d), to enter into force the attached protective order governing discovery in this matter.

The government plans to produce or otherwise make available to the defense a large amount of material, much of which contains sensitive information, including but not limited to, personal identifiers, financial information, addresses, and telephone numbers. If this information were to be publicly disclosed, such disclosure could impair the privacy rights of third parties.

Accordingly, the government respectfully requests that a protective order be entered as to all discovery materials provided in this matter. Such materials will be handled pursuant to the procedures outlined in the proposed Order submitted contemporaneously to the Court, and those materials may only be disclosed or disseminated in accordance with the proposed Order, unless and until that Order is modified by the Court.

Filed 01/28/13 UsDcFln 3PM 0524

The government has contacted defense counsel for the defendant, and they have indicated that they have no objection to this proposed protective order.

Respectfully submitted,

ERIC HOLDER
Attorney General of the United States

| | |
|---|---|
| ROBERT O. DAVIS<br>Acting United States Attorney<br>Under Authority Conferred by<br>28 U.S.C. § 515<br><br>_____<br>RANDALL J. HENSEL<br>Assistant United States Attorney | JACK SMITH<br>Chief, Public Integrity Section<br><br><br><br>_____<br>BRIAN K. KIDD<br>Trial Attorney<br>Public Integrity Section |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing United States' Unopposed Motion for a Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

_____
RANDALL J. HENSEL
Assistant United States Attorney