UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA,                    CASE NO. 3:12cr76-LAC

vs.

JAY ODOM,

      Defendant.
_____/

### RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM

Defendant must respond to the Government's sentencing memorandum to clarify the Defendant's position. The Government correctly says that Defendant "admitted that he knowingly violated federal law" with the unlawful reimbursement of campaign contributions; however, the Government then says the following:

> "The defendant claims illegally reimbursing campaign contributions was 'common' and 'everyone did it' as support for his argument that he did not fully appreciate the seriousness of the offense for which he is scheduled to be sentenced." (Memorandum at page 2).

This is incorrect.  The Defendant on page 9 of his memorandum specifically said, "'Everyone did it' is not a defense, nor does it mitigate the offense."

Moreover, the statements "everyone did it" and reimbursing campaign contributions was "common" were not made by Mr. Odom.  The Government provided the U.S. Probation officer, Mr. Constantakos, with witness interview reports prepared by Agent Van Pelt. One of these reports related to an interview Mr. Van Pelt conducted in 2010 of Mr. Gary Michael Paulzack.  The PSR relates the substance of the Paulzack interview in paragraphs 29 through 37 of the report. In paragraph 31, the report quotes Mr. Paulzack as saying that "Paulzack opined that he never thought

of it as illegally reimbursing campaign contributions because everyone did it." This is not a position

that can be fairly attributed to Mr. Odom, nor is it a statement of Mr. Odom.  Indeed, Mr. Paulzack

says that he found the process of raising election funds to be "addictive."

Mr. Odom never authorized or adopted this statement by Mr. Paulzack and it is unfair of the

Government to imply that he has assumed that position in this case.


Respectfully Submitted,


 s/James P. Judkins
JAMES P. JUDKINS
Florida Bar No. 174168
jjudkins@readyfortrial.com
LARRY D. SIMPSON
Florida Bar No. 176070
lsimpson@readyfortrial.com
JUDKINS, SIMPSON, HIGH & SCHULTE
Post Office Box 10368
Tallahassee, Florida 32302-2368
(850) 222-6040; Fax No. (850) 561-1471
Attorneys for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Randall J. Hensel, AUSA at randy.hensel@usdoj.gov and  Brian Kidd at Brian.Kidd2@usdoj.gov; Michael Constantakos, U.S. Probation Officer, was served by email at Mike_Constantakos@flnp.uscourts.gov.


 s/James P. Judkins
JAMES P. JUDKINS