# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 10:30am                                   Case #    3:12cr76 LAC

Time Concluded: 10:50am                                   Date   Tuesday, April 23, 2013

DOCKET ENTRY: SENTENCING as to Count 2s: Custody of BOP for Six Months with no Supervised Release to follow; SMA of $100.00; Fine of $46,000.00 to be paid within ninety days of the judgment.  Deft allowed to voluntarily surrender on Monday, June 10, 2013 by 12:00 noon to the Pensacola USM or the designated institution; Count 1s dismissed upon oral motion of the Govt.
SEE FORMAL JUDGMENT

PRESENT:      HONORABLE LACEY A. COLLIER      Senior Judge              Mary Maloy
                                                                       Deputy Clerk
 Mike Constantakos         Donna Boland          Randall Hensel    and   Brian Kidd
        USPO              Court Reporter       Asst. U.S. Attorney     Dept. of Justice

Defendant  Jay Odom                                    James Judkins & Larry Simpson
Present  X  custody     bond     O/R  X              X present        Apptd X   Retained
                                                      Attorney for defendant

 X  Deft does  X   does not_____ speak on own behalf

 X  Court informs Deft of Right to Appeal


                                                      Filed in open court   4/23/13
                                                      Initials of Courtroom Deputy  mm