FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                        Page 1 of 4
3:12cr76-001LAC - JAY ODOM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                            Case # 3:12cr76-001LAC

**JAY ODOM**

USM # 21895-017

Defendant's Attorney:
James P. Judkins &
Larry D. Simpson (Retained)
1102 North Gadsden Street
Tallahassee, FL 32302-2368

_____

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count Two of the Superseding Indictment on February 12, 2013. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 1001(a)(2) and 2 | Making a Materially False, Fictitious, and Fraudulent Statement to the Federal Election Commission | January 31, 2008 | Two |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

Count One of the Superseding Indictment is dismissed on the oral motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
April 23, 2013

*s/L.A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

April 23, 2013

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 2 of 4*
*3:12cr76-001LAC - JAY ODOM*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Six Months as to Count Two of the Superseding Indictment**.

  The defendant shall surrender to either the United States Marshal for this district or to the institution designated by the Bureau of Prisons on June 10, 2013 by 12:00 noon.
   .

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 3 of 4*
*3:12cr76-001LAC - JAY ODOM*

## SUPERVISED RELEASE

The Court ordered no supervised release would follow incarceration for the defendant.

# CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court.  Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $100.00 | $46,000.00 | None |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$100.00** is imposed and is to be paid immediately.

## FINE

A fine in the amount of **$46,000.00** is imposed and is to be paid within ninety days of the judgment.

No restitution is imposed.