UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                                 CASE NO.  3:12-CR-76-001/LAC

JAY ODOM

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: __X__ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Judkins, Simpson, High & Schulte_____ (Payee)
Address:   Attorneys at Law
           PO Box 10368
           Tallahassee, FL 32302-2368

Receipt Number __4-18882__

Date of Receipt __5/06/13__

Motion: N/A

Explanation: Jay Odom was ordered to pay $100.00 special assessment and $46,000.00 fine.  On April 25, 2013 the Clerk's Office received $100.00 for the special assessment.  On May 6, 2013 the Clerk's Office received $46,100.00 from Judkins, Simpson, High, & Schulte.  This resulted in an overpayment of $100.00.  According to the court dockets and financial records, Mr. Odom does not owe any additional money.  Requesting authorization to refund $100.00 to Judkins, Simpson, High, & Schulte.

JESSICA J. LYUBLANOVITS, Clerk of Court

Prepared by: ___s/Philip Detweiler_____
             Philip Detweiler, Financial Specialist         Date:  May 29, 2013

Referred by:   Mary Maloy, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 29th  day of May, 2013, that the Clerk refund the identified funds to the payee.

APPROVED___X_____

DENIED_____                    _____s/*L.A. Collier*_____
                                                   LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99