| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>11-26-13 |
| 1. Article Addressed to:<br>.e of Legal Affairs, Passport Services<br>. Department of State<br>PPT/L/LA<br>shington, DC 20522-1704<br><br>3:13cr32-01LAC, 3:13cr74-01LAC,<br>3:13cr10-01LAC, 3:11mj104-01MD,<br>3:12cr76-01LAC, 3:11cr34-01LAC,<br>3:11cr111-02LAC, 3:12cr9-04 LAC | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>7011 0470 0001 2565 9749 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |